AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

FELTON L. MATTHEWS, JR.

      Petitioner,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:09-CV-00160-BES-VPC**

E.K. McDANIEL, et al.,

      Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_X\_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of *habeas corpus* is DISMISSED with prejudice, as a successive petition.

  June 8, 2009                            **LANCE S. WILSON**
                                                           Clerk

                                                       /s/ D. R. Morgan
                                                       Deputy Clerk